**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

MICHELLE L. LENZIE,

    Plaintiff,

v.                                                                                          Case No: 2:12-cv-181-Ftm-99SPC

BOOMERS NEIGHBORHOOD GRILL &
BAR, INC., et al.,

    Defendants.

## ORDER

The Court has been advised via Plaintiff's Notice of Settlement (Dkt. #31) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of November, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\FT MYERS cases\12-cv-181 dismiss 31.docx